

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND THOMAS,<br><br>    Plaintiff,<br><br>  v.<br><br>FELIPE MARTINEZ,<br><br>    Defendant. | CASE NO. 2:19-cv-04207-AB (SK)<br><br>**JUDGMENT** |

  In accordance with the Order Dismissing Successive Habeas Petition, **IT IS ADJUDGED** that the Petition and this action are hereby dismissed with prejudice.

DATED: June 19, 2019

_____

ANDRE BIROTTE JR.
U.S. DISTRICT JUDGE